```
        IN THE UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF ARKANSAS
                 JONESBORO DIVISION
```

SHIRLEY F. KAIN                                              PLAINTIFF

v.                     Case No. 3:12CV00074 JTK

MICHAEL J. ASTRUE, *Commissioner*,
Social Security Administration                               DEFENDANT

### ORDER OF DISMISSAL

Pursuant to the parties' stipulation for dismissal, DE# 6, this Complaint is hereby dismissed.

SO ORDERED this 12th day of June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE